**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CRIMINAL NO. 4:25-cr-40040- MRG |
| ADAM GENTILE, Defendant | ) | |

**CLARIFICATION/SUPPLEMENT TO DEFENDANT'S SENTENCING MEMORANDUM**

Now comes the Defendant, *Adam Gentile*, and moves to correct/amend/supplement FN. 2 in his sentencing memorandum filed on August 20, 2026.

Specifically, FN 2 references the parenting agreement that was entered into on July 9, 2026. The parenting agreement, Exhibit Thirteen, allows Adam's ex-husband to see the children year-round on Tuesday, Wednesday and Thursday. During the school year, Adam's ex-husband begins his parenting time at approximately 3:00 p.m. until returning the children to Adam at 7:00 p.m. During the summer months, Adam's ex-husband's parenting time is also on Tuesday, Wednesday and Thursday beginning at approximately 4:00 p.m. and returning the children to Adam by 7:00 p.m.

Since entering the agreement, Adam's ex-husband has cancelled his parenting time on several occasions. Additionally, his ex-husband has already given-up Tuesdays.

DATE: August 25, 2026

Respectfully Submitted
Adam Gentile
By his attorney,

/s/ Jeffrey Miller
Jeffrey Miller, Esq.
529 Main St., Ste. 200
Boston, MA 02129
BBO # 670561
(857) 919-3647
jmiller@millercriminaldefense.com

**CERTIFICATE OF SERVICE**

I, Jeffrey Miller, hereby certify that this document, filed through the ECF System on August 25, 2026, will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF), and that papers will be sent to all non-registered participants who have appeared in this case.

/s/ Jeffrey Miller
Jeffrey Miller